TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Jennifer Collins*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Collins, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Phoenix Financial Services, LLC dba Indiana Resolution Group, LLC, a foreign L.L.C., | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, JENNIFER COLLINS, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for her Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§ 1331, 1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Phoenix, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

5. Defendant is Phoenix Financial Services, LLC dba Indiana Resolution Group, LLC, which conducts business in the State of Arizona.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect a consumer debt allegedly owed by Plaintiff to Harrison Medical Center in the amount of $3,547.75 ("alleged Debt").

7. Mrs. Collins does not owe the alleged Debt as neither she nor anyone in her immediate family has received services at Harrison Medical Center.

8. On or about July 11, 2017, Mrs. Collins received a letter from Defendant attempting to collect the alleged Debt.

9. On September 25, 2017, Mrs. Collins obtained her credit files and noticed the alleged Debt reporting on her credit report.

10. Mrs. Collins suffered pecuniary and emotional damages as a result of Defendant's actions.

## COUNT I-VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

11. Plaintiff reincorporates the preceding allegations by reference.

12. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

13. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

14. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

15. Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

a. 15 U.S.C. §1692e(2)(a) by misrepresenting the character, amount, or legal status of any debt. Defendant misrepresented the alleged Debt by trying to collect a debt that Plaintiff does not owe.

b. 15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed. Defendant violated this provision by reporting the alleged Debt that does not belong to Plaintiff.

c. 15 U.S.C. §1692e(10) by using false representations or deceptive means to collect any debt. Defendant violated this provision by misrepresenting that Plaintiff owed a debt that she did not owe.

d. 15 U.S.C. §1692f(1) by collecting any amount not permitted by law. Defendant violated this provision by collecting a debt that does not belong to Plaintiff.

16. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant her a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.

## DEMAND FOR JUDGMENT RELIEF

1  Accordingly, Plaintiff requests that the Court grant her the following relief against

2  the Defendant:

3

4     a. Actual damages;

5     b. Statutory damages; and

6

7     c. Statutory costs and attorneys' fees.

8  **<u>JURY DEMAND</u>**

9     Plaintiff hereby demand a trial by Jury.

10

11

12  DATED: November 27, 2017

13

14

15                                               KENT LAW OFFICES

16

17                                               By: */s/ Trinette G. Kent*
                                                  Trinette G. Kent

18                                                   Attorneys for Plaintiff,

19                                                   Jennifer Collins

20

21

22

23

24

25

26

27

28