IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Collins,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Phoenix Financial Services, LLC,<br><br>　　　　　　Defendant. | No. CV-17-04439-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal (Doc. 21). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 21) is **granted**;
2. That this action is **dismissed with prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall terminate this action.

Dated this 2nd day of March, 2018.

Honorable Steven P. Logan
United States District Judge